FILE COPY

No. 07-14-00079-CR

| | | |
|---|---|---|
| Lamont D. Spencer<br>  Appellant | §<br>§ | From the Criminal District Court 3<br>  of Tarrant County |
| v. | § | June 27, 2014 |
| The State of Texas<br>  Appellee | §<br>§<br>§ | Opinion by Justice Campbell |

## J U D G M E N T

Pursuant to the opinion of the Court dated June 27, 2014, it is ordered, adjudged and decreed that the judgment of the trial court be affirmed.

Inasmuch as this is an appeal in forma pauperis, no costs beyond those which may have been paid are adjudged.

It is further ordered that this decision be certified below for observance.

o O o